**No. 42290.**—Protest 965830–G of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co* (23 C. C. P. A. 319, T. D. 48192) the protest was sustained.

**No. 42291.**—Protest 957752–G of Mow Lee & Co. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the protest was sustained.

**No. 42292.**—Protests 957640–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the protests were sustained.

**No. 42293.**—Protests 957633–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) the protests were sustained.

**No. 42294.**—Protests 961683–G, etc., of Kwong Kee Jan & Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 34104 the apricot kernels in question were held dutiable at 3 cents per pound under paragraph 762 as claimed.

**No. 42295.**—Protest 984870–G of Oy Wo Tong Co. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 34104 the merchandise in question was held dutiable as apricot kernels at 3 cents per pound under paragraph 762 as claimed.

**No. 42296.**—Protests 748037–G, etc., of Pacific Trading Co. (Los Angeles).

Opinion by EVANS, J. On the record presented the Mandarin oranges in question were held dutiable at 1 cent per pound under paragraph 743 as claimed. the court adhering to its original decision.